IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV235-03-MU

| | |
|---|---|
| FRANCISCO CURBELO, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>AARON E. MICHAEL, )<br>)<br>Respondent. )<br>_____ ) | **O R D E R** |

**THIS MATTER** comes before the Court on initial review of Plaintiff's Complaint under 42 U.S.C. § 1983, filed May 20, 2005. (Document No. 1.)

Plaintiff Complaint, filed as a § 1983 claim, essentially contains allegations of ineffective assistance of his criminal trial counsel. A case filed under 42 U.S.C. § 1983 requires a deprivation of a right secured by the Constitution by a person acting under color of state law. Plaintiff's trial attorney is not a state actor and therefore cannot be sued under 42 U.S.C. § 1983. Plaintiff's Complaint is therefore DISMISSED.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that Plaintiff's Complaint is Dismissed; Plaintiff's "Motion to Proceed In Forma Pauperis is Denied as Moot; and Plaintiff's "Motion To Evidentiary Hearing and Oral Argument" (Document No. 3) is Denied as Moot.

**Signed: June 14, 2005**

Graham C. Mullen
Chief United States District Judge