# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Francisco Curbelo,

        Plaintiff(s),                         JUDGMENT IN A CIVIL CASE

vs.                                        3:05-cv-235-3-MU

Aaron Michel,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/14/05 Order.

**Signed: June 16, 2005**

Frank G. Johns, Clerk
United States District Court